UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     ED CV 15-00996 DDP (JPRx)            Dated: July 22, 2015

Title:     ANDREW HODGE -v- FOOD MANAGEMENT PARTNERS, INC., a Texas corporation; CATALINA RESTAURANT GROUP, INC., a Delaware corporation
==================================================================
PRESENT:    HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None                                           None

PROCEEDINGS:     MINUTE ORDER (IN CHAMBERS)

      **COUNSEL ARE NOTIFIED** the MOTION TO DISMISS CASE (DOCKET NUMBER 9) set for August 10, 2015 at 10:00 a.m., is hereby VACATED.

MINUTES FORM 11                                                       Initials of Deputy Clerk    JAC
CIVIL -- GEN